IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|     Plaintiff, | ) | 8:04cr172 |
| v. | ) | |
| PHILIP A. DIMARI, | ) | ORDER |
|     Defendant. | ) | |

The Clerk's Office has requested that Document Number 21 be stricken from the record for the following reason(s):

- Not signed/dated.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 21 from the record.

DATED this 23rd day of August, 2005.

                          BY THE COURT:

                          s/ Joseph F. Bataillon
                          JOSEPH F. BATAILLON
                          United States District Judge