IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILIP A. DIMARI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Philip A. Dimari's ("Defendant") motion for clarification of sentence and motion to expedite ruling on such clarification, Filing No. 25. The court received a letter from the United States Marshal's Office advising the court that it correctly computed Defendant's sentence to run concurrently with Defendant's state sentence. Defendant's projected release date is October 11, 2006.

IT IS ORDERED that Defendant's motion is denied as moot.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge