IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR172 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| PHILIP A. DIMARI, | ) ) | |
| Defendant. | ) | |

Defendant Philip A. Dimari appeared before the court on July 20, 2007 on a Petition for Summons for Offender Under Supervision [30]. The defendant was represented by retained counsel William Eustice and the United States was represented by Assistant U.S. Attorney Michael Wellman. The defendant admits allegations 1,2,3 and 4 of the petition. The defendant's oral motion to continue disposition it allow the defendant an opportunity to explore treatment options.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m., on September 21, 2007.** Defendant must be present in person.

2. Defendant is remanded to the custody of the United States Marshal pending further order of the court.

Dated this 23rd day of July, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge