IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR172 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PHILIP A. DIMARI, | ) | |
| Defendant. | ) | |

Before the court is defendant's oral motion for release to the NOVA Program made at the August 30, 2007, hearing in this case. Defense counsel has now notified the court the a placement is ready for defendant beginning Friday, August 31, 2007. Accordingly,

IT IS ORDERED:

1. The final disposition hearing is continued to **December 14, 2007, at 1:00 p.m.**

2. On **Friday, August 31, 2007,** at approximately 12:00 noon, the defendant is to be released to NOVA T.C., 3473 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.

3. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

DATED this 30th day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE